# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

United States of America
v.

Craig Clifford CATO

*Defendant(s)*

Case No. 2:14-MJ-288

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 02/26/2014 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C 922(g)(1) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:
See attached sheet

☒ Continued on the attached sheet.

*Complainant's signature*

Michael J. Malloy #424 ATF Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/5/2014

*Judge's signature*

City and state: Columbus, Ohio

Terence P. Kemp U.S. Magistrate Judge
*Printed name and title*



## Attachment B:

*Page 1 of 2*

I, **Michael J. Malloy**, being duly sworn, depose and state that:

1. I have been a Task Force Officer of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives since August 2006. I am a graduate of the Columbus Ohio Police Department Training Academy and have been a sworn Law Enforcement Officer for more than 33 years. I am familiar with Federal and State criminal laws pertaining to firearm violations.

2. The following information was provided to me by members of the Columbus Police Department regarding the arrest of Craig Clifford CATO:

   a. On February 26, 2014 at approximately 1:13 am Officers of the Columbus Police Department (CPD) were on routine patrol at Mt. Vernon Av. and N. 20th Av. Columbus, Ohio when they noticed a male standing in the street. The male would later be identified as Craig Clifford CATO. CATO was standing along the driver's side of a tan Pontiac. Officers had recently received radio information on a possible stolen tan Pontiac. Officer MacKinnon #2566 exited the police vehicle and approached the Pontiac, CATO walked away to the other side of the Pontiac. Officer MacKinnon observed CATO reach down towards his waistband and appear to pull something out. Officer MacKinnon and Officer Mallernee #2567 both heard the sound of metal striking the payment. Officer MacKinnon walked towards CATO and CATO attempted to use his feet to hide a loaded firearm. Officer MacKinnon recovered the loaded firearm without incident. Officer Mallernee took control of CATO and as CATO was being walked to a cruiser CATO voluntarily stated that the firearm belonged to the driver of the automobile, Lamont Carlos. CATO added that Mr. Carlos had asked CATO to give him the firearm when the Officer's initially stopped but Mr. Cato refused. CATO was arrested and charged with having Weapons while Under Disability (WUD).

   b. Prior to February 26, 2014 CATO had been convicted of one or more of the following felony offenses, each punishable by a term of imprisonment exceeding one year.

   > 1-Court of Common Pleas, Franklin County, Ohio
   >   Case Number 89 CR 002013
   >   Attempt Carrying Concealed Weapon Felony 4
   >
   > 2-Court of Common Pleas, Franklin County, Ohio
   >   Case Number 89 CR 005651
   >   Theft Felony 3

*Page 2 of 3*

3-Court of Common Pleas, Franklin County, Ohio
   Case Number 00 CR 000895
   Extortion Felony 3

4-Court of Common Pleas, Franklin County, Ohio
   Case Number 02 CR 002877
   Attempt Extortion Felony 4

5-Court of Common Pleas, Franklin County, Ohio
   Case Number 06 CR 002632
   Attempt Possession of Drugs Felony 3

6-Court of Common Pleas, Franklin County, Ohio
   Case Number 09 CR 000906
   Carrying Concealed Weapon Felony 4

7-Court of Common Pleas, Franklin County, Ohio
   Case Number 09 CR 002199
   Arson Felony 4

8-Court of Common Pleas, Franklin County, Ohio
   Case Number 11 CR 000354
   Carrying Concealed Weapon Felony 4

9-Court of Common Pleas, Franklin County, Ohio
   Case Number 89 CR 003603
   Theft Felony 4

10-Court of Common Pleas, Franklin County, Ohio
    Case Number 90 CR 000557
    Theft Felony 4

11-Court of Common Pleas, Franklin County, Ohio
    Case Number 91 CR 002905
    Theft Felony 3

Page 3 of 3

3. ATF Special Agent (S/A) Burns examined the firearm and determined that Lorcin Engineering Co., Inc. manufactured the Lorcin, Model L380, .380 caliber pistol, serial number #163650 in the State of Connecticut. The weapon would therefore have travelled in interstate commerce.

4. Based on the foregoing, your affiant believes there is probable cause to believe Craig Clifford CATO was in possession of a firearm after being convicted in Franklin County Common Pleas Court of one or more crimes punishable by imprisonment for more than one year. Your affiant therefore respectfully requests this court issue an arrest warrant.

_____
Michael J. Malloy #424

**Task Force Officer, ATF**

Sworn to and subscribed before me this 5th day of June, 2014 at Columbus, Ohio.

_____
Terence P. Kemp

**U.S. MAGISTRATE JUDGE**